IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GALAXY PRODUCTS & SERVICES, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:12-cv-06963-MAM ) |
| AMI ENTERTAINMENT NETWORK, INC and THOMAS F. FRICKE | ) *Electronically Filed* ) ) |
| Defendants. | ) ) |

**SECOND RENEWED MOTION OF DEFENDANT AMI ENTERTAINMENT NETWORK, INC. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, AMI Entertainment Network, Inc., by and through its attorneys, Fox Rothschild LLP, and in accordance with Federal Rule of Civil Procedure 12(b)(6), hereby renews its motion to dismiss Counts I, II, V, VI and VIII of the second amended complaint filed by plaintiff, Galaxy Products & Services, Inc., for failure to state claims upon which relief can be granted.

In support of this motion, AMI Entertainment Network, Inc. relies upon the attached memorandum of law and exhibits thereto.

Respectfully Submitted,

/s/ Ronald Shaffer
Ronald Shaffer, Esquire (rjs3190)
Amit Shah, Esquire (as5028)
Pa. Attorney I.D. Nos. 33621; 208833
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(215) 299-2000
(215) 299-2150 (facsimile)
rshaffer@foxrothschild.com
ashah@foxrothschild.com

*Attorneys for Defendant*
*AMI Entertainment Network, Inc.*

Dated: February 19, 2013