```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GALAXY PRODUCTS & SERVICES,    :    CIVIL ACTION
INC., et al.                   :
                               :
     v.                        :
                               :
AMI ENTERTAINMENT NETWORK,     :
INC., et al.                   :    NO. 12-6963
```

ORDER

AND NOW, this 4th day of August, 2015, upon consideration of the defendant AMI Entertainment Network, Inc.'s ("AMI") Motion for Summary Judgment (Docket No. 82), Galaxy Products & Services, Inc.'s ("Galaxy") and GPS Global, LLC's ("Global") suggestions in opposition thereto, and AMI's reply, and after oral argument held on July 8, 2015, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that AMI's motion is GRANTED. Judgment is granted to AMI on all of Galaxy and Global's claims against AMI.

Additionally, upon consideration of AMI's Motion for Sanctions (Docket No. 113), Galaxy and Global's suggestions in opposition thereto, and AMI's reply, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that AMI's motion for sanctions is DENIED.

IT IS FURTHER ORDERED that AMI's Supplemental Motion for Summary Judgment (Docket No. 113), AMI's Daubert Motion to

Preclude the Expert Testimony of the Hon. Robert G. Russell (Docket No. 114), AMI's Daubert Motion to Preclude the Expert Testimiony of Michael D. Gelatka (Docket No. 115), and AMI's Daubert Motion to Preclude the Expert Testimony of Guy L. Wesson (Docket No. 116) are DENIED as MOOT.

AMI shall inform the Court on or before August 11, 2015, if it plans to proceed with its claims against Galaxy and Global.  If the Court does not hear from AMI, it will dismiss AMI's claims against Galaxy and Global without prejudice.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.