IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GALAXY PRODUCTS & SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| | : | |
| vs. | : | |
| | : | |
| AMI ENTERTAINMENT NETWORK, INC., | : | |
| | : | |
| Defendant and Counterclaim Plaintiff, | : | |
| | : | |
| and | : | |
| | : | |
| AMI ENTERTAINMENT NETWORK, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GPS GLOBAL, LLC, | : | NO. 12-6963 |
| | : | |
| Defendant and Counterclaim Plaintiff. | : | |

**O R D E R**

**AND NOW**, this   26th   day of January, 2016, upon consideration of the Motion of Galaxy Products & Services, Inc. and GPS Global, LLC, for District Court review of the Clerk's taxation of costs, (Doc. No. 138) and the response of AMI Entertainment Network, Inc. thereto, it is hereby **ORDERED** that the Clerk of Court's taxation of costs in the amount of $44,128.51 is hereby **AFFIRMED** in full.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE